# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WALTER MAY & LORRAINE MAY  
1050 NORTH SHORE DRIVE  
CRYSTAL LAKE, IL  60014  

SSN-xxx-xx-4372 & xxx-xx-0354

Case Number: 04-74678

Case filed on: 9/20/2004  
Plan Confirmed on: 12/3/2004  

D Dismissed

Total funds received and disbursed pursuant to the plan: $37,360.99        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 1,392.00 | 1,392.00 | 1,392.00 | 0.00 |
|  | Total Legal | 1,392.00 | 1,392.00 | 1,392.00 | 0.00 |
| 999 | WALTER MAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | RESURGENT CAPITAL SERVICES | 7,316.64 | 7,316.64 | 6,573.98 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 782.09 | 782.09 | 702.71 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 4,564.85 | 4,564.85 | 4,101.50 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 5,005.99 | 5,005.99 | 4,497.87 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 7,645.46 | 7,645.46 | 6,869.42 | 0.00 |
| 011 | FLEET CREDIT CARD SERVICES | 8,101.26 | 8,101.26 | 7,278.96 | 0.00 |
| 012 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 3,908.00 | 3,908.00 | 3,511.32 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 37,324.29 | 37,324.29 | 33,535.76 | 0.00 |
|  | Grand Total: | 38,716.29 | 38,716.29 | 34,927.76 | 0.00 |

Total Paid Claimant:     $34,927.76  
Trustee Allowance:       $2,433.23  
Percent Paid Unsecured:   89.85  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan